# Exhibit O

I.     INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 11,686,626

   A.     **Independent Claim 76**

| | |
|---|---|
| A system for non-invasive sensing of a pipe having a volume with a surface and an internal region, comprising: | To the extent the preamble is limiting, the Omega HANI products meet this limitation of Claim 76 because they perform non-invasive sensing of a pipe. Pipes have a volume, a surface, and an internal region. |
| a non-invasive sensor including:<br><br>a heat flux sensor having one or more heat flux sensor output terminals;<br><br>a temperature sensor having one or more temperature sensor output terminals, | The Omega HANI products meet this limitation of Claim 76 because they each comprise of a non-invasive sensor which includes a heat flux sensor (orange arrow) with output terminals (red and white wires) and a temperature sensor (red arrow) with output terminals (green wires). |

'626 Infringement Chart 1

| | |
|---|---|
| |   Furthermore, Page 3 of the Omega HANI Whitepaper recites: The HANI High Accuracy, Non-Invasive Clamp Temperature Sensor also addresses and eliminates the challenges inherent to traditional surface sensors. To overcome the inaccuracies of surface temperature measurement sensors due to ambient surrounding effects, the HANI Clamp Sensor uses a Heat Flux Sensor in addition to a carefully coupled surface temperature sensor. The Heat Flux Sensor is a flexible, thin film thermopile that measures the amount of heat loss from the pipe surface. If the temperature of the |
| wherein the non-invasive sensor is adapted to be placed on or near the surface of the pipe, | The Omega HANI products meet this limitation of Claim 76 because they are placed on the surface of the pipe as seen in the Figures above. |
| where the internal region of the pipe has internal properties indicated by one or more corresponding internal parameters and an internal temperature distribution; and | The Omega HANI products meet this limitation of Claim 76 because the internal region of a pipe has internal properties indicated by one or more internal parameters (e.g., radius, diameter, wall thickness, thermal conductivity, etc.) and an internal temperature distribution (fluid temperature, inner wall temperature, etc.). |
| circuitry coupled to the one or more heat flux sensor output terminals and the one or more temperature sensor output terminals to: | The Omega HANI products meet this limitation of Claim 76 because the output terminals (yellow arrow) of the heat flux sensor and the temperature sensor are connected to a circuit board, which is a component of the overall Omega HANI circuitry. |

'626 Infringement Chart 2

| | |
|---|---|
| |  |
| receive a measured temperature signal from the temperature sensor at one or more specified times;<br><br>receive a measured heat flux signal from the heat flux sensor at one or more specified times;<br><br>determine an internal temperature distribution of the internal region of the pipe at one or more specified times based on at least the measured temperature signal and the measured heat flux signal; and | The Omega HANI products meet this limitation of Claim 76 because they measure surface temperature and heat flux of the pipe using the temperature sensor and heat flux sensor, respectively. The measured surface temperature and the measured heat flux are used by the circuitry of the HANI products to determine an internal property (internal temperature) of the pipe. Page 19 of the Omega HANI User Manual for pipes recites:<br><br>The HANI™ Clamp Temperature Sensor Input interface provides a reading of the ==calculated temperature based on the measured heat flux and temperature values.==<br><br>Page 4 of the Omega HANI Whitepaper recites:<br><br>==In order to determine the temperature on the inside of the pipe (in addition to measuring the temperature on the outside of the pipe, T<sub>out</sub>, and the heat flux through the pipe,==<br><br>Page 5 of the Omega HANI Whitepaper recites: |

'626 Infringement Chart 3

| | |
|---|---|
| | $$T_{HANI} = q'' \left[ \frac{r \ln\left(\frac{r}{r-t}\right)}{k} \right] + T_{out}$$ $T_{out}$ is the temperature measured by the surface RTD temperature sensor in the HANI Clamp Temperature Sensor. $q''$ is the heat flux per unit area, as measured by the Heat Flux Sensor in the HANI. The HANI is also configured for the radius (r), thickness (t), and thermal conductivity (k) of the pipe. The resulting calculated temperature measurement of the HANI, $T_{HANI}$, is shown in the figure below, next to the graphs of the same immersion temperature sensor and surface temperature sensor from experiment 1: |
| generate information indicating the internal temperature distribution of the internal region of the pipe at one or more specified times. | The Omega HANI products meet this limitation of Claim 76 because their circuitry generates internal temperature information of the pipe via standard analog output, the Omega SYNC software deployed on a laptop, and/or a communications gateway for cloud data monitoring (Omega Link, formerly known as LayerN). Page 2 of the Omega HANI Whitepaper recites: The HANI Clamp Sensor features an M12 8-pin connection for versatile communication, offering three ways to connect: <br> • 4 to 20 mA loop powered analog output <br> • Ad/hoc with direct connection to laptop <br> • LayerN ecosystem for cloud data monitoring <br><br>Page 14 of the Omega HANI User Manual for pipes recites: |

'626 Infringement Chart 4

