# Exhibit P

INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 12,313,477

**Independent Claim 1**

| | |
|---|---|
| An apparatus for non-invasively sensing a temperature of a fluid contained within a pipe or tank object, the apparatus comprising: | To the extent the preamble is limiting, the Omega HANI products meet this limitation of Claim 1 because they perform non-invasive temperature sensing of fluid contained within pipes and tanks.<br><br>   |
| a temperature sensor having one or more output terminals;<br><br>a heat-flux sensor having one or more output terminals; | The Omega HANI products meet this limitation of Claim 1 because they each comprise of a temperature sensor (red arrow) with output terminals (green wires) and a heat flux sensor (orange arrow) with output terminals (red and white wires).<br><br>  |

'477 Patent Infringement Chart

| | |
|---|---|
| | Furthermore, Page 3 of the Omega HANI Whitepaper recites:<br><br>The HANI High Accuracy, Non-Invasive Clamp Temperature Sensor also addresses and eliminates the challenges inherent to traditional surface sensors. To overcome the inaccuracies of surface temperature measurement sensors due to ambient surrounding effects, ==the HANI Clamp Sensor uses a Heat Flux Sensor in addition to a carefully coupled surface temperature sensor. The Heat Flux Sensor is a flexible, thin film thermopile that measures the amount of heat loss from the pipe surface.== If the temperature of the |
| and circuitry coupled to the output terminals and adapted to: | The Omega HANI products meet this limitation of Claim 1 because the output terminals (yellow arrow) of the temperature sensor and the heat flux sensor are connected to a circuit board, which is a component of the overall Omega HANI circuitry.<br><br> |
| receive a temperature signal from the temperature sensor;<br><br>receive a heat-flux signal from the heat-flux sensor, wherein the heat-flux signal indicates thermal energy leaving or entering the pipe or tank object; and<br><br>determine the temperature of the fluid contained within the pipe or tank object at one or more specified times based on at least the temperature signal and the heat-flux signal; | The Omega HANI products meet this limitation of Claim 1 because they measure surface temperature and heat loss through the pipe or tank surface (i.e., leaving the pipe or tank) using the temperature sensor and heat flux sensor, respectively. The measurements are used by the circuitry of the HANI products to determine the temperature of the fluid contained within the pipe or tank.<br><br>Page 19 of the Omega HANI User Manual for pipes recites:<br><br>The HANI™ Clamp Temperature Sensor Input interface provides a reading of the ==calculated temperature based on the measured heat flux and temperature values.==<br><br>Page 29 of the Omega HANI User Manual for tanks recites: |

'477 Patent Infringement Chart

| | |
|---|---|
| | The HANI™ Tank Temperature Sensor Input interface provides a reading of the calculated temperature based on the measured heat flux and temperature values. |
| | Page 4 of the Omega HANI Whitepaper recites: |
| | In order to determine the temperature on the inside of the pipe (in addition to measuring the temperature on the outside of the pipe, $T_{out}$, and the heat flux through the pipe, |
| | Page 5 of the Omega HANI Whitepaper recites: |
| | $$T_{HANI} = q'' \left[ \frac{r \ln\left(\frac{r}{r-t}\right)}{k} \right] + T_{out}$$ |
| | $T_{out}$ is the temperature measured by the surface RTD temperature sensor in the HANI Clamp Temperature Sensor. $q''$ is the heat flux per unit area, as measured by the Heat Flux Sensor in the HANI. The HANI is also configured for the radius (r), thickness (t), and thermal conductivity (k) of the pipe. The resulting calculated temperature measurement of the HANI, $T_{HANI}$, is shown in the figure below, next to the graphs of the same immersion temperature sensor and surface temperature sensor from experiment 1: |
| wherein the apparatus is adapted to be placed on or near a surface of the pipe or tank object. | The Omega HANI products meet this limitation of Claim 1 because they are placed on the surface of the pipe or tank as displayed in the Figures above. |

'477 Patent Infringement Chart